IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SIRRON BENSON, | § | |
| | § | |
| Defendant Below, | § | No. 421, 2025 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1107007485 (N) |
| | § | |
| Appellee. | § | |

Submitted: October 21, 2025
Decided: October 31, 2025

## ORDER

(1)     On October 6, 2025, the appellant, Sirron Benson, filed a letter that was deemed to be a notice of appeal from a Superior Court order dated and docketed August 21, 2025, which denied Benson's motion for reduction of sentence under Superior Court Rule of Criminal Procedure 35(b).  Benson's letter stated that he had received the order on October 2 and was trying to obtain a copy of his prison mail log.

(2)     The Senior Court Clerk issued a notice directing Benson to show cause why the appeal should not be dismissed as untimely filed and indicating that he could provide a copy of the mail log with his response.  Benson having failed to respond to the notice to show cause within the required ten-day period, dismissal of this appeal is deemed unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice